**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee David Birdsell

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ANTHONY R. PICARELLO AND TERRINA D. PICARELLO, | Case No. 2:15-bk-08209-EPB |
| Debtors. | **NOTICE OF MOTION TO APPROVE STIPULATION FOR SETTLEMENT AND COMPROMISE OF CLAIM PURSUANT TO FED.R.BANKR.P. 9019** |

**NOTICE IS HEREBY GIVEN** that David Birdsell, the Chapter 7 Trustee in the above-captioned case ("Trustee"), has filed a *Motion to Approve Stipulation for Settlement and Compromise of Claim Pursuant to Fed.R.Bankr.P. 9019* ("Motion"). The Trustee and Anthony R. Picarello and Terrina D. Picarello ("Debtors") entered into a stipulation ("Stipulation") that resolves all issues regarding the Motion and the estate's interest in the Property, the value of the Property, and the post-petition transfer rights. The Stipulation states, in part:

1. On August 23, 2016, the Trustee filed a Motion to Compel Turnover ("Motion") for the turnover of $1,417.00 state tax refund and $1,466.56 non-exempt wages available as of the Petition Date.

2. On September 9, 2016, the Debtors filed an Objection to Motion to Compel Turnover of Estate Property ("Objection").

3. Thereafter, on September 29, 2016, the Trustee filed a Reply to the Debtors' Objection.

4. Additionally, the Debtors, without the Trustee's consent or authorization, marketed their residence for sale, located at 2620 E. Cherrywood Pl., Chandler, AZ 85249 ("Property"). The Debtors used a real estate agent, marketed the Property on MLS, and entered

into a sale agreement for a sale price of $757,000.00.

5. The Debtors notified the Trustee of the proposed sale of the Property on January 4, 2017. Security Title is set to close the transaction on January 5, 2017.

6. The Property is being sold for cash, to Daniel Oh, Hyeyoon Oh, Kisoo Oh, and Byunghwa Oh ("Buyers").

7. The Debtors claimed a $150,000.00 homestead exemption in the property. The sales proceeds are $155,359.68. In addition, the Debtors provided a $2,000.00 credit to the Buyers and authorized title insurance and payment for services to Security Title above a rate that the Trustee would have negotiated and they incurred extra rush fees to accomplish this sale. The non-exempt funds associated with this sale amount to approximately $9,000.00.

8. Given that this is their homestead, and the time constraints through the Sale Contract, the Debtors wish to proceed with the sale and allow escrow to close on January 5, 2017.

9. The Trustee believes that the Debtors engaged in a post-petition transfer by negotiating and entering into a sale contract for the Property.

10. In full and final settlement of all issues relating to the Motion and the estate's interest in the Property, the value of the Property, and the post-petition transfer rights, the Debtors agree to pay the estate the total sum of $11,800.00 ("Settlement Funds").

11. The Trustee agrees to work with the Debtors and authorize Security Title, agent Janice Kerwin, at 5304 E. Southern Ave., Ste. 122, Mesa, AZ 85206, phone 480-807-6032, to finalize and complete the sale of the Property, so long as the Settlement Funds of $11,800.00 are held in escrow for the benefit of this bankruptcy estate, payable upon Court Order directing Security Title to release $11,800.00 to Trustee David Birdsell.

12. The Trustee agrees to abandon the estate's interest in the Property to allow the sale to close on January 5, 2017, and the estate's interest in property vests directly to the sales proceeds of no less than $11,800.00.

13. Upon receiving the Settlement Funds, the bankruptcy estate's interest in the sales proceeds from this sale will be fully administered.

The Stipulation is attached to the Motion as **Exhibit A** and is available upon request with the Clerk of the United States Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003.

Any person objecting to the Motion shall file a written objection on or before twenty-one (21) days from the date of service of this Notice with the Clerk of the United States Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003. A copy of the objection shall be mailed to the attorney for the Trustee as follows: Dawn M. Maguire, GUTTILLA MURPHY ANDERSON, P.C., 5415 E. High St., Suite 200, Phoenix, Arizona 85054.

If a timely written objection to the Motion is filed with the Clerk of the Court, a hearing shall be set before the Court and all parties will be notified thereof. If no timely written objection is filed, no hearing will be held and the Court may enter an Order approving the Stipulation.

DATED: January 4, 2017

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

**E-FILED** on January 4, 2017 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

David Birdsell
*Chapter 7 Trustee*

Adam E. Hauf
HAUF LAW, PLC
4225 W. Glendale Ave., Suite A-104
Phoenix, AZ 85051
adam@hauflaw.com
*Attorneys for Debtors*

/ / /

Security Title Agency
Janice Kerwin
Higley Plaza
5304 E. Southern, #122
Mesa, AZ 85206
janice.kerwin@securitytitle.com

**COPY** mailed the same date via U.S. Mail to:

Larry Watson
United States Trustee
230 North First Avenue, Ste 204
Phoenix AZ  85003-1706

Anthony Richard Picarello
Terrina D. Picarello
2620 E. Cherrywood Place
Chandler, AZ 85249
*Debtors*

To be noticed by the Bankruptcy Noticing Center
to all parties on the Debtors' Master Mailing List

*/s/  Monica Baca*